Form 27 - AFFIDAVIT OF SERVICE


P5987755

**BENNO & ASSOCIATES P.C**   Ameer Benno
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

FOUNDATION AGAINST INTOLERANCE & RACISM, INC.

index No. **1:22-cv-00528-KPF**
Date Filed
Office No.
Court Date.

– vs –

THE CITY OF NEW YORK, ETAL

PLAINTIFF

DEFENDANT

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**   :SS:

**WARREN BOZARTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New Jersey. That on the **27TH** day of **JANUARY, 2022 11:52AM** at
**42-09 28TH STREET**
**LONG ISLAND CITY NY 11101**
I served a true copy of the **JURY TRIAL DEMANDED, SUMMONS AND COMPLAINT** upon **THE NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE** the **DEFENDANT** therein named by delivering to, and leaving personally with **Josephina Lucerno, LEGAL CLERK AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **BROWN** HAIR: **BROWN**
APP.AGE: **55** APP. HT: **5'2** APP. WT: **140**
OTHER IDENTIFYING FEATURES

Sworn to before me this
28TH day of JANUARY, 2022

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

WARREN BOZARTH DCA LIC #0775869
PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-BENNO-5987755

2a

```
========================================================================
```

Index No. 1:22-cv-00528-KPF

U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

```
========================================================================
```

FOUNDATION AGAINST INTOLERANCE & RACISM, INC.

                PLAINTIFF

      - against -
THE CITY OF NEW YORK, ETAL

                DEFENDANT
```
========================================================================
```

JURY TRIAL DEMANDED, SUMMONS AND COMPLAINT


```
========================================================================
```

BENNO & ASSOCIATES P.C


30 WALL STREET, 8TH FLOOR

NEW YORK, NY 10005


212 227-9300

**BENNO & ASSOCIATES P.C**    Ameer Benno
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

FOUNDATION AGAINST INTOLERANCE & RACISM, INC.
                                                       PLAINTIFF

- vs -

THE CITY OF NEW YORK, ETAL
                                                       DEFENDANT

index No. **1:22-cv-00528-KPF**
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**     :SS:

**WARREN BOZARTH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New Jersey. That on the **27TH** day of **JANUARY, 2022 11:52AM** at
**42-09 28TH STREET**
**LONG ISLAND CITY NY 11101**
I served a true copy of the **JURY TRIAL DEMANDED, SUMMONS AND COMPLAINT** upon **THE NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE** the **DEFENDANT** therein named by delivering to, and leaving personally with **Josephina Lucerno, LEGAL CLERK AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **BROWN** HAIR: **BROWN**

APP.AGE: **55** APP. HT: **5'2** APP. WT: **140**

OTHER IDENTIFYING FEATURES

Sworn to before me this
28TH day of JANUARY, 2022

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

WARREN BOZARTH DCA LIC #0775869
PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-BENNO-5987755

2a