UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOUNDATION AGAINST INTOLERANCE & RACISM, INC. and BENJAMIN STEWART,

                Plaintiffs,

-v.-

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, DAVE A. CHOKSHI, *as Commissioner of the New York City Department of Health and Mental Hygiene*, and MARY T. BASSETT, *individually*,

                Defendants.

22 Civ. 528 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The parties are hereby ORDERED to appear for a conference regarding Plaintiffs' motion for a temporary restraining order and preliminary injunction on **March 2, 2022, at 11:30 a.m.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Defendants are further ORDERED to file a letter in opposition to Plaintiff's application on or before February 28, 2022.

    SO ORDERED.

Dated:  February 25, 2022
           New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge