UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

FOUNDATION AGAINST INTOLERANCE & RACISM, INC. and BENJAMIN STEWART,

       *Plaintiffs*,

-against-

THE CITY OF NEW YORK; THE NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE; DAVE A. CHOKSHI, as Commissioner of the New York City Department of Health and Mental Hygiene; AND MARY T. BASSETT, individually and in her official capacity as Commissioner of the New York State Department of Health,

       *Defendants*.

-----------------------------------------------------------------------X

**DECLARATION OF AMEER BENNO IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

22-CV-528 (KPF) (JW)

AMEER BENNO, declares under penalty of perjury that the following is true and correct:

1. I am an attorney with BENNO & ASSOCIATES P.C., attorneys for Plaintiffs herein.

2. I am making this declaration in further support of Plaintiffs' motion for a temporary restraining order and preliminary injunction, and I respectfully submit this declaration in order to place the relevant information and documents on the record.

3. Plaintiffs respectfully submit the following exhibits, all of which are true, correct and complete copies:

  1. Verified First Amended Complaint

  2. New York State Department of Health Framework entitled "Prioritization of Anti-SARS-CoV-2 Monoclonal Antibodies and Oral Antivirals for the Treatment of COVID-19 During Times of Resource Limitations"

  3. December 27, 2021 Announcement by the New York State Department of Health entitled "COVID-19 Oral Antiviral Treatments Authorized And Severe Shortage of Oral Antiviral And Monoclonal Antibody Treatment Products"

1

4. December 27, 2021 directive by the New York City Department of Health and Mental Hygiene entitled "2021 Health Advisory #39

5. Declaration of Carrie D. Mendoza, M.D. dated February 21, 2022

6. Declaration of Benjamin Stewart dated February 23, 2022

7. Declaration of ▮▮▮▮▮▮▮ dated February 23, 2022

8. Declaration of Kevin Ray dated February 23, 2022

9. The New York State Department of Health's "COVID-19 Fatalities Demographic Data" table, published at https://coronavirus.health.ny.gov/fatalities-0 (accessed Feb. 22, 2022)

10. The New York City Department of Health and Mental Hygiene's "Weekly Rates by Subgroup" data reflecting rates of COVID-19 **hospitalization** by race and ethnicity, published at https://www1.nyc.gov/site/doh/covid/covid-19-data.page#daily (accessed Feb. 22, 2022)

11. The New York City Department of Health and Mental Hygiene's "Weekly Rates by Subgroup" data reflecting rates of COVID-19 **death** by race and ethnicity, published at https://www1.nyc.gov/site/doh/covid/covid-19-data.page#daily (accessed Feb. 22, 2022)

12. CDC data showing "Risk for COVID-19 Infection, Hospitalization, and Death By Race/Ethnicity," published at https://www.cdc.gov/coronavirus/2019-ncov/covid-data/investigations-discovery/hospitalization-death-by-race-ethnicity.html (accessed Feb. 22, 2022)

4. A copy of my signature, sent electronically or by facsimile transmission, may be treated as the original for the purpose of serving and filing this affidavit, and the original will be provided if required.

Dated: New York, New York
February 23, 2022

BENNO & ASSOCIATES P.C.

By: /S/ Ameer Benno
Ameer Benno, Esq.
30 Wall Street, 8th Floor
New York, NY 10005
Tel.: (212) 227-9300
Email: abenno@bennolaw.com