

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

Hon. Sylvia O. Hinds-Radix
*Corporation Counsel*

Melanie V. Sadok
phone: (212)356-4371
fax: (212)356-2019
email: msadok@law.nyc.gov

April 5, 2022

**By ECF**
The Honorable Katherine Polk Failla
United States District Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

MEMO ENDORSED

Re: *Foundation Against Intolerance & Racism v. The City of New York, et al*,
22-CV-00528 (SDNY)(KPF)(JW)

Your Honor:

    I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants City of New York, the New York City Department of Health and Mental Hygiene ("DOHMH"), and David A. Chokshi, as Commissioner of DOHMH (collectively "City Defendants") in the above-referenced matter. I am writing to request an adjournment of the April 21, 2022 initial pretrial conference in this case. Unfortunately, due to a conflict, I am unable to attend the conference on that date. City Defendants respectfully request that the conference be postponed until a date after all defendants respond to the complaint (as set forth during the March 2, 2022 oral argument, the defendants' time to respond to the complaint is 30 days from the Court's decision on Plaintiffs' motion for a preliminary injunction). State Defendants consent to this request. Plaintiffs do not object to this request. This is the first request to adjourn this conference.

Respectfully submitted,

*Melanie V. Sadok*

Melanie V. Sadok
Assistant Corporation Counsel

cc:    Attorneys for Plaintiffs
       Attorneys for State Defendants (via ECF)

Application GRANTED.  The initial pretrial conference scheduled for April 21, 2022, is hereby ADJOURNED *sine die*.

Dated:    April 6, 2022          SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE