UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOUNDATION AGAINST INTOLERANCE &
RACISM, INC. and BENJAMIN STEWART,

            Plaintiffs,

    -against-

THE CITY OF NEW YORK; THE NEW YORK CITY
DEPARTMENT OF HEALTH AND MENTAL
HYGIENE; DAVE A. CHOKSHI, as Commissioner of
the New York City Department of Health and Mental
Hygiene; AND MARY T. BASSETT, individually and
in her official capacity as Commissioner of the New
York State Department of Health,

            Defendants.

No. 22-CV-528 (KPF) (JW)

**STIPULATION OF DISMISSAL**



MEMO ENDORSED

---

**WHEREAS**, Plaintiffs FOUNDATION AGAINST INTOLERANCE & RACISM, INC. and BENJAMIN STEWART ("Plaintiffs") initiated the above-captioned action against THE CITY OF NEW YORK, THE NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, and DAVE A. CHOKSHI,[1] as Commissioner of the New York City Department of Health and Mental Hygiene (the "City Defendants") by filing a Complaint on or around January 20, 2022, and against MARY T. BASSETT, individually and in her official capacity as Commissioner of the New York State Department of Health ("State Defendant") by filing an Amended Complaint on or around February 14, 2022;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties to this Action, as follows:

---

[1] Dave. A. Chokshi is no longer the Commissioner of the New York City Department of Health and Mental Hygiene. The current Commissioner is Dr. Ashwin Vasan.

1. Plaintiffs hereby agree to dismiss the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without prejudice and without costs, disbursements, or attorneys' fees to any party as against the other parties.

2. This Stipulation may be executed in any number of counterparts, all of which taken together shall constitute one stipulation, and may be executed by facsimile or electronically-transmitted signature.

Dated: November 23, 2022
New York, New York

LETITIA JAMES
Attorney General of the State of New York
*Attorney for State Defendant*

By: _____
Erin R. McAlister
Assistant Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-6236
erin.mcalister@ag.ny.gov

Dated: November 23, 2022
New York, New York

BENNO & ASSOCIATES P.C.
*Attorneys for Plaintiffs*

By: _____
Ameer Benno
30 Wall Street, 8th Floor
New York, NY 10005
(212) 227-9300
abenno@BennoLaw.com

Dated: November 29, 2022
New York, New York

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
*Attorney for City Defendants*

By: _____
Melanie V. Sadok
Jessica Katzen
Assistant Corporation Counsel
100 Church Street
New York, New York 10007
(212) 356-1646
msadok@law.nyc.gov
jkatzen@law.nyc.gov

The Clerk of Court is directed to adjourn all remaining deadlines, terminate all pending motions, and close this case.

Dated:    August 8, 2023        SO ORDERED.
          New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE